**Jose Luis MATA–ALVARADO, aka Juan Lopez–Alvarado, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–74029.

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed April 1, 2010.

Cesar Rodrigo Ternieden, Esquire, Law Office of Cesar R. Ternieden, San Francisco, CA, for Petitioner.

ed by Ninth Circuit Rule 36–3.

OIL, Glen T. Jaeger, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Cecilia CORONA DUARTE, Petitioner,

v.

Kathryn Deangelis, OIL, Manuel Palau, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Jose Luis Mata–Alvarado, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision granting the government's motion to terminate removal proceedings. We dismiss the petition for review.

Because an order terminating removal proceedings is not an order of removal, we lack jurisdiction over Mata–Alvarado's petition for review. *Alcala v. Holder*, 563 F.3d 1009, 1013 (9th Cir.2009).

**PETITION FOR REVIEW DISMISSED.**

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

